```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DONNA HEDGES, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY             24-cv-7560 (JGK)
SITUATED
                                            ORDER
                    Plaintiff,

        - against -

PAYPAL HOLDINGS, INC.,

                    Defendant.

JOHN G. KOELTL, District Judge:

   The parties are directed to discuss settlement and provide an update to the Court by **January 6, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:   New York, New York
         October 7, 2024

                                        _____
                                              John G. Koeltl
                                        United States District Judge