UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONNA HEDGES,
                Plaintiff(s)

        -against-

PAYPAL HOLDINGS,
                Defendant(s).
------------------------------------------------------------X

24 civ 7560 (JGK)

## ORDER

The conference scheduled for Thursday, January 23, 2025 at 2:30pm is canceled.

**SO ORDERED.**

                                                      **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           January 15, 2025